IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01440-CMA-MEH

CONCATEN, INC.,

    Plaintiff,

v.

DELCAN CORPORATION,
INTELLIGENT NETWORKS,
DELCAN TECHNOLOGIES, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 9, 2011.**

    Plaintiff's Motion for Leave to Amend Complaint [filed June 9, 2011; docket #5] is **denied as moot**. According to Fed. R. Civ. P. 15(a), a party may amend its pleading once as a matter of course no later than twenty-one days after service of a responsive pleading or a motion pursuant to Fed. R. Civ. P. 12(b), (e) or (f). Here, the proposed First Amended Complaint has been filed within the time period set forth in Rule 15(a); therefore, the Plaintiff need not seek leave of court in this instance. The Clerk of the Court is directed to accept as filed the First Amended Complaint found at docket #6.