IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01440-CMA-MEH

CONCATEN, INC.,

    Plaintiff,

v.

DELCAN CORPORATION,
INTELLIGENT NETWORKS,
DELCAN TECHNOLOGIES, INC., f/k/a Intelligent Devices, Inc., d/b/a Intelligent Devices, Inc.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 26, 2011.**

    The Stipulated Motion to Stay Case and Reschedule Certain Dates [filed July 25, 2011; docket #15] is **granted in part and denied in part**. To assist the parties in their current settlement efforts, the Court will **extend** the deadline for answering or otherwise responding to the Amended Complaint **to August 23, 2011**. In addition, the Scheduling Conference currently set for August 22, 2011 is **converted** to a Status Conference at which the parties shall be prepared to discuss the status of settlement negotiations in the case. If the Court determines it necessary, the Court will reschedule the Scheduling Conference at that time.